*Comegys,* for plaintiff.
*Frame,* for defendant.

—•—>>>●●●●«<—•—

## Lessee of GEORGE GREGG *vs.* JOHN McDANIEL.

Verdict set aside for the introduction of intoxicating liquor into the jury room.

In this case, after a trial at bar, and verdict for plaintiff;

*The Court,* on motion, and after argument, set the verdict aside, and granted a new trial, on the ground that intoxicating liquor had been introduced into the jury room and used, pending their deliberations.

In the argument of this motion, the following authorities were cited: 1 *Burr. Rep.* 393; 1 *Wm. Blac.* 348; 7 *Cowen Rep.* 362; 4 *Ibid* 31-6; 2 *Tidd Pr.* 814-15-16; *Bac. Abr. Verd. H.* 8, 11.

*Rodney, R. H. Bayard* and *Whitely,* for plaintiff.

*Gray* and *J. A. Bayard,* for defendant.